AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jaimee Avery<br><br>*Defendant* | Case: 1:24-mj-00045<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 2/5/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jaimee Avery,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date:     02/05/2024                                              *(signed)* 2024.02.05 16:40:23 -05'00'
                                                                                            *Issuing officer's signature*

City and state:        Washington, D.C.                          Robin M. Meriweather, U.S. Magistrate Judge
                                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/6/24, and the person was arrested on *(date)* 2/8/24
at *(city and state)* Phoenix, AZ.

Date: 2/9/24                                              *(signed)*
                                                                                            *Arresting officer's signature*

                                                                        John Wlasuk, FBI Special Agent
                                                                                            *Printed name and title*