AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00045 |
| Jaimee Avery | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 2/5/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Jaimee Avery__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: __02/05/2024__

*Issuing officer's signature*  2024.02.05 16:40:23 -05'00'

City and state:  __Washington, D.C.__    __Robin M. Meriweather, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __2/6/24__ , and the person was arrested on *(date)* __2/8/24__
at *(city and state)* __Phoenix, AZ__ .

Date: __2/9/24__

*Arresting officer's signature*

__John Wlasuk, FBI Special Agent__
*Printed name and title*

## UNITED STATES DISTRICT COURT
### ARIZONA – PHOENIX
**February 9, 2024**

USA v. Jaimee Jacqueline Avery                Case Number: 24-09073MJ-002-PHX-ESW

### ORDER SETTING CONDITIONS OF RELEASE

☒ **PERSONAL RECOGNIZANCE**
☐ **AMOUNT OF BOND:**
    ☐ UNSECURED
    ☐ SECURED BY:
    SECURITY TO BE POSTED BY:

*[Stamp: FILED ✓, RECEIVED, FEB - 9 2024, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY [signature] DEPUTY]*

**NEXT APPEARANCE: District of Columbia on February 20, 2024 at 12:30 PM Eastern Standard Time via ZOOM before U.S. Magistrate Judge Zia M. Faruqui** (or as directed through counsel)

Pursuant to 18 U.S.C. § 3142(c)(l)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

**IT IS ORDERED** that defendant is subject to the following conditions and shall:

☒     promise to appear at all proceedings as required and to surrender for service of any sentence imposed.

☒     not commit any federal, state or local crime.

☒     cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

☒     IMMEDIATELY advise her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address and telephone number.

☐     maintain or actively seek employment (or combination work/school) and provide proof of such to Pretrial Services.

☒     not travel outside of Arizona unless PRIOR Court or Pretrial Services permission is granted to do so. Defendant may travel directly to the prosecuting district, and through all states and counties between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only, unless PRIOR Court or Pretrial Services permission is granted to travel elsewhere.

☒     avoid all direct or indirect contact with persons who are considered alleged victim(s) or potential witness(es).

☒     shall report as directed to the U.S. PRETRIAL SERVICES 1-800-769-7609 or 602-322-7350; 401 W. Washington St., Suite 260, Phoenix, AZ 85003.

☐     not drive without a valid driver license.

☒     consume no alcohol. The defendant shall participate in alcohol treatment, submit to alcohol testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

☒     not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.

| USA v. Jaimee Jacqueline Avery | Case Number: 24-09073MJ-002-PHX-ESW |
|---|---|
| February 9, 2024 | Page 2 of 3 |

- ☐ surrender all travel documents to Pretrial Services by _____ and shall not obtain a passport or other travel document during the pendency of these proceedings.

- ☐ not obtain a passport or other travel documents during the pendency of these proceedings.

- ☒ not possess or attempt to acquire any **firearm**, destructive device, or other dangerous weapon or ammunition.

- ☒ maintain weekly contact with her attorney by Friday, noon of each week.

- ☐ not obtain any new financial accounts without prior notification and approval of Pretrial Services.

- ☐ participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make a copayment toward the cost of such services as directed by Pretrial Services.

- ☐ resolve all pending lower court matters and provide proof of such to Pretrial Services.

### ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE: | SIGNATURE OF DEFENDANT |
|---|---|
| February 9, 2024 | *[signature]* |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) |
|---|
|  |

**Directions to United States Marshal:**

☒ The defendant is ORDERED released after processing.

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

DATE: February 9, 2024

*[signature]*
Hon. Eileen S. Willett
United States Magistrate Judge

Case 1:24-cr-00079-CRC   Document 10   Filed 02/12/24   Page 5 of 9

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
For the District of Arizona

United States of America  )
v.  )
 )  Case No.  **24-09073MJ-002-PHX-ESW**
 )
**Jaimee Jacqueline Avery**  )  Charging District:   District of Columbia
*Defendant*  )  Charging District's Case No.   **1:24-mj-00045**

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| **Place:** District of Columbia District Court<br>E. Barrett Prettyman United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001<br><br>**U.S. MAGISTRATE JUDGE:**<br>Hon. Zia M. Faruqui | **Courtroom No.:**  N/A |
|---|---|
| | **Date:**       **February 20, 2024**<br>**Time:**       **12:30 PM EST via ZOOM** |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated this 9th day of February, 2024.

*/s/ E.S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge

cc: USMS on 2/9/2024 by MCC.  mrh

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-09073-ESW All Defendants

Case title: USA v. Avery et al

Date Filed: 02/09/2024

Other court case number: 24-mj-00045 District of Columbia

Date Terminated: 02/12/2024

Assigned to: Magistrate Judge Eileen S Willett

### Defendant (1)

**Daniel Edward Avery**
98815-510
*TERMINATED: 02/12/2024*
also known as
Daniel Avery
*TERMINATED: 02/12/2024*

represented by **Debbie Jang**
Federal Public Defender's Office - Phoenix, AZ
850 W Adams St., Ste. 201
Phoenix, AZ 85007
602-382-2700
Email: debbie_jang@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Complaint: 18:l752(a)(l) - Entering or Remaining in any Restricted Building or Grounds | |

18:1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40:5104(e)(2)(D) - Disorderly Conduct in a Capitol Building

40:5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Assigned to: Magistrate Judge Eileen S Willett

**Defendant (2)**

| | |
|---|---|
| **Jaimee Jacqueline Avery**<br>98817-510<br>*TERMINATED: 02/12/2024*<br>*also known as*<br>Jaimee Avery<br>*TERMINATED: 02/12/2024* | represented by **Eugene Marquez**<br>Marquez Law Offices<br>925 W Baseline Rd., Ste. 105-255<br>Tempe, AZ 85283<br>602-330-3611<br>Email: eugenemarquezlaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Complaint:<br><br>18:l752(a)(l) - Entering or Remaining in any Restricted Building or Grounds<br><br>18:1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>40:5104(e)(2)(D) - Disorderly Conduct in a Capitol Building | |

40:5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

**Plaintiff**

**USA**     represented by     **Margaret Wu Perlmeter**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7402
Email: margaret.perlmeter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2024 | 1 | Arrest (Rule 5 District of Columbia) of Daniel Avery, Jaimee Avery. (SMF) (Entered: 02/09/2024) |
| 02/09/2024 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Eileen S. Willett: Initial Appearance in Rule 5 Proceedings as to Daniel Avery (1) and Jaimee Avery (2) held on 2/9/2024. Defendants state their full names as follows: **DANIEL EDWARD AVERY and JAIMEE JACQUELINE AVERY**. The record shall so reflect. DEFENDANTS SWORN AS TO FINANCIAL STATUS. Based upon the information contained in the Pretrial Services Reports, the Court does NOT make a finding of indigency as to either defendant. The Court appoints counsel as follows, subject to reimbursement for services rendered in the District of Arizona: AFPD Debbie Jang for Defendant Daniel Edward Avery (1), and CJA Attorney Eugene Marquez for Defendant Jaimee Jacqueline Avery (2). Counsel are directed to maintain a record of the hours expended on this case to facilitate calculation of the cost of defense, if reimbursement is later ordered by the Court. Both defendants WAIVE a formal reading of the charging document, WAIVE the Identity Hearing, and RESERVE the Preliminary Hearing for the charging district. The Court finds that identity has been established as to each defendant. The Government is NOT seeking detention as to either defendant. IT IS ORDERED releasing the defendants on their personal recognizance with conditions. Conditions of release reviewed on the record with the defendants. The Court advises the defendants that their next appearance date in the District of Columbia has been set for **February 20, 2024 at 2:30 PM Eastern Standard Time via ZOOM**. Order to Appear with further details to issue.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Peggy Perlmeter for the Government, AFPD Debbie Jang for Defendant Daniel Edward Avery (1), and CJA Attorney Eugene Marquez for Defendant Jaimee Jacqueline Avery (2). Defendants are present and in custody. (Recorded by COURTSMART.) Hearing held 3:44 PM to 3:55 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MRH) (Entered: 02/09/2024) |

| | | |
|---|---|---|
| 02/09/2024 | 5 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Eileen S. Willett on 2/9/2024. (MRH) (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 02/09/2024) |
| 02/09/2024 | 6 | ORDER SETTING CONDITIONS OF RELEASE as to Daniel Edward Avery (1). Signed by Magistrate Judge Eileen S. Willett on 2/9/2024. (MRH) (Entered: 02/09/2024) |
| 02/09/2024 | 7 | ORDER SETTING CONDITIONS OF RELEASE as to Jaimee Jacqueline Avery (2). Signed by Magistrate Judge Eileen S. Willett on 2/9/2024. (MRH) (Entered: 02/09/2024) |
| 02/12/2024 | 8 | ORDER REQUIRING A DEFFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING as to Daniel Edward Avery (1). Defendant ordered to appear in the District of Columbia via ZOOM on **2/20/2024 at 12:30 PM EST** before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge Eileen S. Willett on 2/9/2024. (MRH) (Entered: 02/12/2024) |
| 02/12/2024 | 9 | ORDER REQUIRING A DEFFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING as to Jaimee Jacqueline Avery (2). Defendant ordered to appear in the District of Columbia via ZOOM on **2/20/2024 at 12:30 PM EST** before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge Eileen S. Willett on 2/9/2024. (MRH) (Entered: 02/12/2024) |
| 02/12/2024 | 10 | Notice to District of Columbia of a Rule 5 Initial Appearance as to Daniel Edward Avery (1) and Jaimee Jacqueline Avery (2). Your case number is: 1:24-mj-00045. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MRH) (Entered: 02/12/2024) |