# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 24-CR-79 |
| v. : | |
| : | |
| AVERY DANIEL and : | |
| JAIMEE DANIEL : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Zachary Phillips is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 1st, 2024

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Zachary Phillips*
Zachary Phillips
Assistant United States Attorney
U.S. Attorney's Office
Colorado Bar No. 31251
601 D Street, N.W.
Washington, DC 20530
(720) 281-1611