UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JAIMEE AVERY,

          Defendant.

Crim. Action No. 24CR79(CRC)

WAIVER OF PRESENCE

I, Jaimee Avery, hereby waive under Rule 43(b)(2) of the Federal Rules of Criminal Procedure, my right to an in-person change of plea hearing, scheduled for May 20, 2024 at 3 pm, before United States District Judge Christopher R. Cooper, in case no. 24-cr-79-CRC, in the United States District Court for the District of Columbia.

My counsel, Elizabeth Mullin, has explained to me my right to appear in person for my change of plea hearing. I knowingly and voluntarily waive my right to appear in person and to appear instead by teleconference. I am satisfied with my counsel and I execute this waiver after consultation with Ms. Mullin.

_____  5/17/24
Jaimee Avery

_____
Elizabeth Mullin
Counsel to Jaimee Avery