# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-79 |
| | : | |
| v. | : | **Disorderly Conduct in a Capitol Building;** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| **JAIMEE AVERY,** | : | |
| | : | **Parading, Demonstrating, or Picketing** |
| Defendant. | : | **in a Capitol Building; 40 U.S.C. §** |
| | : | **5104(e)(2)(G)** |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jaimee Avery, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, Jaimee Avery, along with co-Defendant Daniel Avery, attended the "Stop the Steal" rally in Washington, D.C. Afterward, Jaimee Avery, along with Daniel Avery and other rioters, walked to the United States Capitol. At that time, Jaimee Avery was carrying a "3%er's" flag and was wearing a blue jacket and a red, white, and blue "USA" hat. Co-Defendant Daniel Avery was wearing a dark-colored jacket, a dark-colored hat with an American flag, a dark glove on his right hand, and a dark-colored backpack.

9. At approximately 2:44 PM, the Defendant, along with Daniel Avery, entered the United States Capitol through the Upper West Terrace Door and remained inside for approximately 18 minutes. At the time they entered, both Daniel Avery and Jaimee Avery knew that they were not authorized to be there. While inside, Jaimee Avery, along with Daniel Avery, paraded through the Rotunda, the East Front Corridor, and the Brumidi Corridor before exiting through the North Door at approximately 3:02 p.m. At 3:01 p.m., while inside the Capitol in the proximity of the North Door, the Defendant and Daniel Avery engaged with a law enforcement officer, who moved the Defendant and Daniel Avery away from the North Door. The Defendant acknowledges that her actions were disorderly and disruptive, and she further acknowledges that she engaged in such conduct willfully and knowingly with the intent to disrupt and disturb the orderly conduct in the Capitol Building.

### *Elements of the Offense*

10. The parties agree that Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

   a. The Defendant uttered loud, threating, or abusive language, or engaged in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings, and

   b. That the Defendant engaged in such actions with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

   a. The Defendant paraded, demonstrated, or picketed;

   b. That the Defendant did so in any of the Capitol Buildings; and

   c. That the Defendant did so willfully and knowingly.

### *Defendant's Acknowledgments*

11. The defendant knowingly and voluntarily admits to all the elements as set forth above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   *s/ Jack E. Burkhead*
Jack E. Burkhead
Assistant United States Attorney
Bar No. 10493
Capitol Siege Section
U.S. Attorney's Office
District of Columbia
505-224-1434
Email Address: jack.e.burkhead@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Jaimee Avery, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5/17/24

Jaimee Avery
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/17/2024

Elizabeth Mullin, Esq.
Attorney for Defendant